IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELLY P. SCAFFIDI,

    Petitioner,

  v.

R. GROUNDS, Warden,

    Respondent.
                               /

No. C 10-03218 SBA (PR)

**JUDGMENT**

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

DATED:  2/28/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.10\Scaffidi3218.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KELLY P. SCAFFIDI,

        Plaintiff,

v.

R. GROUNDS et al,

        Defendant.

Case Number: CV10-03218 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kelly Patrick Scaffidi H-09314
Salinas Valley State Prison
P.O. Box 689
Soledad, CA 93960-0689

Dated: February 28, 2011

                        Richard W. Wieking, Clerk
                        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.10\Scaffidi3218.jud.wpd    2